STATE of Missouri, Respondent,

v.

Louie McCLUSKEY, Appellant.

No. 65966.

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 13, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1995.

Clifford B. Mayberry, Kirksville, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and REINHARD and AHRENS, JJ.

*ORDER*

PER CURIAM.

In this jury tried case, defendant was convicted of possession of a controlled substance, more than thirty-five grams of marijuana, in violation of § 195.202 RSMo 1994. He was acquitted of possession of more than five grams of marijuana with intent to deliver under § 195.211. Defendant was sentenced to five years imprisonment with a fine of

$1,111.00. Defendant appeals the conviction and sentence.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).